**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **CARL HAUGEN JR.,** *Plaintiff,* | § | |
| **v.** | § | **PE:26-CV-00020-DC-RCG** |
| **JEFF DAVIS COUNTY, et al.,** *Defendants.* | § | |

**REPORT AND RECOMMENDATION OF THE U.S. MAGISTRATE JUDGE**

On this day, the Court considered the status of this case. This matter is before the undersigned Magistrate Judge through a standing order of referral pursuant to 28 U.S.C. § 636 and Appendix C of the Local Rules for the Assignment of Duties to United States Magistrate Judges.

Plaintiff Carl Haugen Jr. has repeatedly failed to prosecute this case and comply with court orders. (Docs. 30–32). Haugen has not made any filings in this case for the past two months despite this Court repeatedly ordering him to file responses to Defendants' Motions to Dismiss. *Id.* Under Federal Rule of Civil Procedure 41(b), courts can dismiss an action for failure to prosecute. After Haugen failed to respond to or satisfy this Court's third Show Cause Order (Doc. 32), the Court ordered him to show cause as to why this case should not be dismissed under Rule 41(b) by October 13, 2026. (Doc. 35). This date came and went without Haugen filing a response.

At this point, the Court is left with no option other than to dismiss this case under Rule 41(b) for failure to prosecute. The undersigned therefore **RECOMMENDS** that the Court dismiss this case **WITHOUT PREJUDICE** under Rule 41(b).

SIGNED this 14th day of October, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND RIGHT TO APPEAL/OBJECT

In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is **ORDERED** to mail such party a copy of this Report and Recommendation **by certified mail, return receipt requested**. Pursuant to 28 U.S.C. § 636(b), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions, or recommendations to which objections are being made; the District Court need not consider frivolous, conclusive, or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions, and recommendations contained in this report shall bar the party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendations contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996).