**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **CARL HAUGEN JR.,** *Plaintiff,* | § | |
| **v.** | § | **PE:26-CV-00020-DC** |
| **JEFF DAVIS COUNTY, et al.,** *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff Carl Haugen Jr.'s failure to comply with orders[2] of the Court and to prosecute this case in violation of Federal Rule of Civil Procedure 41(b).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] Because no timely objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge *in toto*. Accordingly, Plaintiff's Amended Complaint[4] is hereby

---

[1] Doc. 36.
[2] Docs. 30–32, 35.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[4] Doc. 17.

**DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered following this Order.

It is so **ORDERED.**

SIGNED this 30th day of October, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE